## BRUNSWICK & WESTERN RAILROAD CO.' *v.* GRIFFIN.'

The evidence, though conflicting on some of the material issues in the case, was sufficient to authorize a finding that the presumption of negligence, which arose against the defendant by proof that the death of the deceased was caused by the running of a locomotive of the company, was not rebutted.

Argued January 13, — Decided February 11, 1903.

Action for damages. Before Judge Bennet. Ware superior court. June 19, 1902.

*W. E. Kay, S. W. Hitch,* and *C. P. Goodyear,* for plaintiff in error.
*Atkinson & Dunwody, L. A. Wilson,* and *J. C. McDonald,* contra.

12

COBB, J. When this case was here before, it was held that the evidence was sufficient to raise a presumption of negligence against the company, and a judgment granting a nonsuit was reversed. 113 *Ga.* 642. The evidence in behalf of the plaintiff was substantially the same as that on the former trial, and the evidence relied on by the defendant to rebut this presumption of negligence was not of such a character as to require a finding that there was no negligence. *Judgment affirmed.* *By five Justices.*